UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1682

SONYA MCINTRYE-HANDY,

Plaintiff - Appellant,

versus

APAC CUSTOMER SERVICES, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.   Rebecca Beach Smith, District Judge.  (CA-04-83-4)

Submitted:  February 23, 2006      Decided:  February 28, 2006

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sonya McIntyre-Handy, Appellant Pro Se.  Joseph P. Harkins, LITTLER MENDELSON, P.C., Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sonya McIntyre-Handy appeals the district court's order granting summary judgment in favor of APAC Customer Services, Inc. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>McIntyre-Handy v. APAC Customer Servs., Inc.</u>, No. CA-04-83-4 (E.D. Va. May 13, 2005). We deny McIntyre-Handy's motions for sanctions and for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>